IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

KEMP ALLARD SHIFFER,

        Defendant.
_____/

3:11-cr-00116-HDM-WGC

ORDER

    The defendant has submitted to the probation department a request for travel outside the United States. The government should file any response it has to the request on or before February 3, 2017.

    It is so Ordered.

    Dated this 19th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE